1  David C. McElhinney
   NV State Bar No. 33
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   One East Liberty Street, Suite 300
3  Reno, Nevada 89501-2128
   Tel: (602) 262-5311
4  E-mail: dmcelhinney@lrrc.com
   *Local Attorneys for Plaintiff PHC-ELKO, INC.,*
5  *A Nevada Corporation dba NORTHEASTERN*
   *NEVADA REGIONAL HOSPITAL*

6

7  Robert Horton (*Pro Hac Pending*)
   Lymari Cromwell (*Pro Hac Pending*)
8  BASS, BERRY & SIMS
   150 Third Avenue South, Suite 2800
9  Nashville, Tennessee 37201
   Tel: (615) 742-7903
10 Email: rhorton@bassberry.com
   Email: lcromwell@bassberry.com
   *Lead Attorneys for Plaintiff PHC-ELKO, INC.,*
11 *A Nevada Corporation dba NORTHEASTERN*
   *NEVADA REGIONAL HOSPITAL*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEVENDRA PATEL, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>PHC-ELKO, INC., a Nevada Corporation d/b/a NORTHEASTERN NEVADA REGIONAL HOSPITAL,<br><br>Defendants. | CASE NO. 3:17-CV-00639-LRH-WGC<br><br>**STIPULATION [AND ORDER] FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant PHC-Elko, Inc., a Nevada Corporation d/b/a Northeastern Nevada Regional Hospital has requested an extension of time to answer the Complaint in this matter, to which Plaintiff Devendra Patel, M.D. has no opposition.

Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant PHC-Elko, Inc., a Nevada Corporation d/b/a Northeastern Nevada Regional Hospital's time to answer the Complaint in this action is extended through and including November 22, 2017. This stipulation is filed in good faith and not intended to cause delay.

102818304_1

DATED this 14th day of November, 2017.

            LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ *David C. McElhinney*
  David C. McElhinney, SBN 33
  One East Liberty Street, Suite 300
  Reno, Nevada 89501-2128
  *Local Attorneys for Plaintiff PHC-ELKO, INC.,*
  *A Nevada Corporation dba NORTHEASTERN*
  *NEVADA REGIONAL HOSPITAL*

MARQUIS AURBACH COFFING

By: /s/ *Liane K. Wakayama*
  Liane K. Wakayama, Esq.
  10001 Park Run Drive
  Las Vegas, Nevada 89145
  *Attorneys for Plaintiff Devendra Patel, M.D.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 15, 2017