# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVENDRA PATEL, M.D., an individual,<br><br>           Plaintiff,<br>  vs.<br><br>PHC-ELKO, INC., a Nevada Corporation d/b/a NORTHEASTERN NEVADA REGIONAL HOSPITAL; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br>           Defendants. | Case Number:<br>3:17-cv-00639-LRH-WGC<br><br><br>**ORDER REGARDING:** |

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Devendra Patel, M.D. ("Plaintiff"), by and through his counsel of record, and Defendant PCH-ELKO, Inc. d/b/a Northeastern Nevada Regional Hospital ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. This case is hereby voluntarily dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

2. Each party shall bear his/its own attorney fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

MAC:14409-001 3511878_1 9/18/2018 1:01 PM

IT IS SO STIPULATED.

Dated this 18th day of September, 2018          Dated this 18th day of September, 2018

**MARQUIS AURBACH COFFING**                     **BASS, BERRY & SIMS**

By: /s/ Candice E. Renka, Esq.                  By: /s/ Robert Horton, Esq.
    Liane K. Wakayama, Esq.                          Robert Horton, Esq.   (*pro hac vice*)
    Nevada Bar No. 11313                              150 Third Avenue South, Ste. 2800
    Candice E. Renka, Esq.                            Nashville, Tennessee 37201
    Nevada Bar No. 11447
    10001 Park Run Drive                              LEWIS ROCA ROTHGERBER
    Las Vegas, Nevada 89145                           CHRISTIE LLP
    *Attorneys for Plaintiff*                         David C. McElhinney, Esq.
                                                      Nevada Bar No. 33
                                                      One East Liberty Street, Suite 300
                                                      Reno, Nevada 89501-2128

                                                      *Attorneys for PHC-ELKO, INC., a*
                                                      *Nevada Corporation dba*
                                                      *NORTHEASTERN NEVADA*
                                                      *REGIONAL HOSPITAL*

## O R D E R

IT IS SO ORDERED.

DATED this 18th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE